UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY LOUISE STABILE,

    Plaintiff,                                             Case No. 05-60244

v.

                                                    Hon. John Corbett O'Meara

A.G. EDWARDS & SONS, INC.

    Defendants.

_____/

**ORDER SATISFYING ORDER TO SHOW CAUSE**

        The court issued an Order to Show Cause on October 28, 2005, directing Plaintiff to demonstrate whether diversity jurisdiction exists in this case. Plaintiff responded on November 14, 2005. Plaintiff alleges that she is a citizen of Michigan, that Defendant is incorporated in Delaware and has its principal place of business in Missouri, and that the amount in controversy exceeds $75,000. Plaintiff has properly alleged diversity jurisdiction pursuant to 28 U.S.C. § 1332. Accordingly, Plaintiff has satisfied the Order to Show Cause.

        **SO ORDERED.**

                                                  s/John Corbett O'Meara
                                                 John Corbett O'Meara
                                                 United States District Judge

Dated: November 18, 2005